**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/08/2024

ESTATE OF BERNARD J. SHERLIP, individually
and on behalf of all others similarly situated,

                Plaintiff,

                vs.

MORGAN STANLEY, MORGAN STANLEY &
CO. LLC, and MORGAN STANLEY SMITH
BARNEY LLC.,

                Defendants.

Case No. 24-CV-4571 (VEC)

**STIPULATION AND**
**[PROPOSED] ORDER**

Plaintiff Estate of Bernard J. Sherlip ("Plaintiff") and Defendants Morgan Stanley, Morgan Stanley & Co. LLC, and Morgan Stanley Smith Barney LLC ("Defendants" and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree, subject to the Court's approval, as follows:

WHEREAS, on June 14, 2024, Plaintiff filed its complaint in the above-captioned action (Doc. No. 1) (the "Complaint");

WHEREAS, the Parties have conferred and agree that extending Defendants' time to move against, answer, or otherwise respond to the Complaint, as well as Plaintiff's time to respond to any motion to dismiss, would conserve the resources of the Parties and this Court;

NOW, THEREFORE, the Parties stipulate and agree, subject to the approval of the Court, as follows:

1.      Pursuant to Fed. R. Civ. P. 4(d), Defendants waive service of a summons.

2.      Defendants' deadline to move against, answer, or otherwise respond to the Complaint is extended to August 30, 2024.

3.      If Defendants file a motion to dismiss the Complaint, Plaintiff shall file any opposition to Defendants' motion to dismiss the Complaint on or before October 9, 2024.

4.      Defendants shall file any reply in further support of its motion to dismiss the Complaint on or before November 8, 2024.

5.      There have been no previous requests for an extension of time for the Defendants to move, answer, or otherwise respond to the Complaint.

6.      By entering this stipulation, the Defendants expressly reserve and do not waive their rights to assert any defense, except for the defenses of insufficient process, Fed. R. Civ. P. 12(b)(4), and insufficient service of process, Fed. R. Civ. P. 12(b)(5).

*[SIGNATURE BLOCK APEARS ON FOLLOWNG PAGE]*

Dated: New York, New York
July 3, 2024

Respectfully submitted,

/s/ Matthew L. Dameron
Matthew L. Dameron
Clinton J. Mann
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
(816) 945-7110
matt@williamsdirks.com
cmann@williamsdirks.com

*and*

Thomas I. Sheridan, III
Sona R. Shah
SIMMONS HANLY CONROY LLC
112 Madison Avenue
New York, NY 10016
(212) 784-6406
tsheridan@simmonsfirm.com
sshah@simmonsfirm.com

*and*

Bruce D. Oakes
Richard B. Fosher
OAKES & FOSHER, LLC
1401 Brentwood Boulevard, Suite 250
Saint Louis, Missouri 63144
(314) 804-1412
boakes@oakesfosher.com
rfosher@oakesfosher.com

*Counsel for Plaintiff and the Proposed Class*

/s/ Brian S. Weinstein
Brian S. Weinstein
Deborah S. Mazer
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
brian.weinstein@davispolk.com
deborah.mazer@davispolk.com

Jonathan K. Chang
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000
jonathan.chang@davispolk.com
*Admitted in New York and the S.D.N.Y., not admitted in California.*

*Counsel for Defendants Morgan Stanley, Morgan Stanley & Co. LLC, and Morgan Stanley Smith Barney LLC*

**SO ORDERED.**

Dated: ___07/08/2024___

_____

HON. VALERIE E. CAPRONI, U.S.D.J.