UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF BERNARD J. SHERLIP, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MORGAN STANLEY, MORGAN STANLEY & CO. LLC, and MORGAN STANLEY SMITH BARNEY LLC,<br><br>　　　　　　　　Defendants. | Civil Action No. 24-CV-4571 (VEC)<br><br>**ORAL ARGUMENT REQUESTED** |

### DEFENDANTS' NOTICE OF MOTION TO DISMISS COMPLAINT

PLEASE TAKE NOTICE that Defendants Morgan Stanley, Morgan Stanley & Co. LLC, and Morgan Stanley Smith Barney LLC will respectfully move this Court, before the Honorable Valerie E. Caproni, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time designated by the Court, for an order dismissing the Class Action Complaint (the "Complaint") in its entirety, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, because the Complaint fails to state a claim upon which relief can be granted.

The motion is supported by the accompanying Memorandum of Law, dated August 30, 2024, filed by Defendants, the Declaration of Brian S. Weinstein, dated August 30, 2024, and the exhibits attached thereto, and the proceedings to date in this action.

| | |
|---|---|
| Dated:  New York, New York<br>August 30, 2024 | Respectfully submitted,<br><br>**DAVIS POLK & WARDWELL LLP**<br><br>By:  */s/ Brian S. Weinstein*<br>Brian S. Weinstein<br>Deborah S. Mazer<br>450 Lexington Avenue<br>New York, New York 10017<br>(212) 450-4000<br>brian.weinstein@davispolk.com<br>deborah.mazer@davispolk.com<br><br>Jonathan K. Chang<br>1600 El Camino Real<br>Menlo Park, CA 94025<br>(650) 752-2000<br>jonathan.chang@davispolk.com<br><br>Danielle Mullery<br>901 15th St NW<br>Washington, DC 20005<br>(202) 962-7000<br>danielle.mullery@davispolk.com<br><br>*Counsel for Defendants Morgan Stanley, Morgan Stanley & Co. LLC, and Morgan Stanley Smith Barney LLC* |