UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ESTATE OF BERNARD J. SHERLIP, on behalf of itself and all others similarly situated,

                        Plaintiff,   24-CV-4571 (VEC)

           -against-   ORDER

MORGAN STANLEY, MORGAN STANLEY & CO. LLC, and MORGAN STANLEY SMITH BARNEY LLC,

                        Defendants.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 16, 2024, the Court ordered that Defendants must move against, answer, or otherwise respond to the Amended Complaint not later than December 9, 2024 (Dkt. 37);

    WHEREAS on November 21, 2024, the parties filed a joint letter motion seeking to consolidate this case with the related case *Safron Capital Corp v. Morgan Stanley et al.*, 24-cv-7750 (Dkt. 48), which, if granted, would render moot the Amended Complaint and any answer, motion to dismiss, or other response; and

    WHEREAS on November 27, 2024, the parties, pursuant to the Court's order, filed a joint letter apprising the Court of their views on whether this case should also be consolidated with *McKinney v. Morgan Stanley et al.*, 24-cv-8860 (Dkt. 54).

    IT IS HEREBY ORDERED that the deadlines set forth in the Court's September 16, 2024, Order (Dkt. 37) are ADJOURNED *sine die* pending the Court's resolution of the outstanding issues regarding consolidation.

**SO ORDERED.**

Date:  **December 2, 2024**
       **New York, New York**

                                        **VALERIE CAPRONI**
                                        **United States District Judge**