UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ESTATE OF BERNARD J. SHERLIP, on behalf of itself and all others similarly situated, :
:
:
:
Plaintiff,   :   24-CV-4571 (VEC)
:
-against-   :   ORDER
:
MORGAN STANLEY, MORGAN STANLEY & CO. LLC, and MORGAN STANLEY SMITH BARNEY LLC, :
:
:
:
:
Defendants.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the deadline for Defendants to answer, move against, or otherwise respond to the Complaint in this matter is currently set for December 16, 2024 (Dkts. 11, 12);

WHEREAS on November 21, 2024, the parties filed a joint letter motion seeking to consolidate this case with the related case *Estate of Bernard J. Sherlip v. Morgan Stanley et al.*, 24-cv-4571 (Dkt. 32), which, if granted, would render moot the Complaint and any answer, motion to dismiss, or other response; and

WHEREAS on November 27, 2024, the parties, pursuant to the Court's order, filed a joint letter apprising the Court of their views on whether this case should also be consolidated with *McKinney v. Morgan Stanley et al.*, 24-cv-8860 (Dkt. 36).

IT IS HEREBY ORDERED that the deadline for Defendants to move against, answer, or otherwise respond to the Complaint is ADJOURNED *sine die* pending the Court's resolution of the outstanding issues regarding consolidation.

**SO ORDERED.**

Date: **December 5, 2024**
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**

2