## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF BERNARD J. SHERLIP, and THE BARRETT LIVING TRUST, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br>　v.<br><br>MORGAN STANLEY and MORGAN STANLEY SMITH BARNEY LLC,<br><br>　　　　Defendants. | Case No. 1:24-CV-04571-VEC<br><br>CLASS ACTION |
| SAFRON CAPITAL CORP., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br>　v.<br><br>MORGAN STANLEY and MORGAN STANLEY SMITH BARNEY LLC dba MORGAN STANLEY WEALTH MANAGEMENT,<br><br>　　　　Defendants. | Case No. 1:24-CV-07750-VEC<br><br>CLASS ACTION |

**[PROPOSED] ORDER APPOINTING**
**SWEEPS COUNSEL AS INTERIM CLASS COUNSEL**

Having considered: (1) the motion of Plaintiffs the Estate of Bernard J. Sherlip and The Barrett Living Trust for appointment of Sweeps Counsel as Interim Class Counsel (the "Motion"); (2) the Memorandum of Law in support thereof; (3) the Joint Declaration of John Rizio-Hamilton, Michael Dell'Angelo, and Matthew L. Dameron filed herewith and all exhibits attached thereto; and (4) all other pleadings and arguments submitted to this Court; and for good cause shown, **IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 23(g)(3), counsel for Plaintiffs the Estate of Bernard J. Sherlip and The Barrett Living Trust, Bernstein Litowitz Berger & Grossmann LLP, Berger Montague PC, and Williams Dirks Dameron LLC, are hereby **APPOINTED** Interim Class Counsel in the above-captioned consolidated action.

**IT IS SO ORDERED.**

DATE: _____  _____
THE HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE