UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSANNE SHERLIP MEHLMAN AND JOY SABRINA HULTMAN, AS EXECUTORS OF THE ESTATE OF BERNARD J. SHERLIP, MICHAEL J. BARRETT, AS TRUSTEE OF THE BARRETT LIVING TRUST, and ANDREW DAVITT, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

MORGAN STANLEY, MORGAN STANLEY & CO. LLC, and MORGAN STANLEY SMITH BARNEY LLC,

Defendants.

24-CV-4571 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 8, 2026, this Court entered an Opinion & Order granting in part and denying in part Defendants' motion to dismiss and granting Plaintiffs until September 25, 2026, to file a motion for leave to amend the Second Amended Consolidated Class Action Complaint, *see* Dkt. 91; and

WHEREAS Plaintiffs have not moved for leave to amend their Complaint.

IT IS HEREBY ORDERED that a pretrial conference will be held on **Friday, October 23, 2026, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. The Parties must file a joint letter and proposed case management plan no later than **Thursday, October 15, 2026**. The Parties are directed to Dkt. 11, ¶ 2, for the contents of their joint letter.

**SO ORDERED.**

**Date: September 28, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**